IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01028-RPM-CBS

UNION PACIFIC RAILROAD COMPANY,

    Plaintiff,
v.

WESTERN INTERNATIONAL GRAIN COMPANY, and
GREG HAUSE,

    Defendants.
_____

ORDER ON MAGISTRATE JUDGE'S RECOMMENDATION
_____

    On August 28, 2007, Magistrate Judge Craig B. Shaffer made a recommendation that a default judgment be entered against the defendants as a sanction pursuant to Fed.R.Civ.P. 16(f), 37(b)(2)(C) and D.C.COLO.LCivR 83.3 D and further recommended that upon submission of the final amount due, including reasonable expenses and attorney fees, judgment by default enter against the two defendants.  On September 14, 2007, Bret M. Brocky filed an affidavit as to the amounts claimed to be due to the Union Pacific Railroad Company on a promissory note made by the corporate defendant and Greg Hause, individually, in the amount of $26,988.77 and for $14,399.00 as agreed to freight charges.  It is not clear to this Court how Greg Hause is liable individually for those freight charges.  Additionally, there is nothing submitted with respect the amount claimed for attorney fees, interest and costs.  Accordingly, it is

    ORDERED that the recommendation of Magistrate Judge Shaffer is accepted with respect to the entry of default judgment as a sanction and it is

2

FURTHER ORDERED that Magistrate Shaffer shall proceed to determine the amount of the judgment in accordance with an appropriate procedure directed by him.

DATED: September 26th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

2