IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01028-RPM-CBS

UNION PACIFIC RAILROAD COMPANY,
    Plaintiff,
v.

WESTERN INTERNATIONAL GRAIN COMPANY, and
GREG HAUSE,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court at 2:30 p.m. on December 5, 2007, when Defendant Greg Hause telephoned the court regarding the hearing held on December 5, 2007 at 10:45 a.m.

    Plaintiff Union Pacific Railroad Company filed this civil action on May 16, 2007 to recover payment of "freight and accessorial charges due and owing . . . for freight moves initiated in December 2005." (*See* Complaint (doc. # 1) at ¶ 11). After an extensive procedural history, the District Judge entered judgment by default as a sanction against Defendants Western International Grain Company and Greg Hause and directed the Magistrate Judge to "determine the amount of the judgment . . . ." (*See* doc. # 19). The Magistrate Judge held a hearing on December 5, 2007 at 10:45 a.m. to determine the amount of the judgment. Neither Mr. Hause nor Western International Grain Company appeared at the hearing. The court took the matter of the amount of the judgment under advisement. Mr. Hause later telephoned the court. Mr. Hause advised the court that his current address is 28963 WCRD [Weld County Road] 72, Gill, Colorado. In light of these circumstances, **IT IS ORDERED** that:

    1.    The Clerk of the Court shall update the court's records to reflect Mr. Hause's current address as 28963 WCRD 72, Gill, Colorado 80624.

1

2. The Clerk of the Court shall mail copies of docs. # 16, # 19, # 21, # 22, and # 27 to Mr. Hause at his current address.

3. Plaintiff Union Pacific Railroad Company shall mail copies of the Affidavits of Kyle Wallor, Walter Downing, and Brett M. Brocky (docs. # 25, # 26, and # 18) to Mr. Hause at his current address.

DATED at Denver, Colorado, this 5th day of December, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge