IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01028-RPM-CBS

UNION PACIFIC RAILROAD COMPANY,

    Plaintiff,

v.

WESTERN INTERNATIONAL GRAIN COMPANY, and
GREG HAUSE,

    Defendants.

_____

ORDER ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE
JUDGE AND FOR ENTRY OF JUDGMENT
_____

    Upon review of the Recommendation of the Untied States Magistrate Judge Craig B. Shaffer, entered March 17th, 2008 [34] and with no objection being filed, the Court adopts the findings of fact and conclusions of law stated therein. It is

    ORDERED that the clerk shall enter judgment by default in favor of plaintiff Union Pacific Railroad Company and against defendant Western International Grain Company in the amount of $26,988.77 for the remaining balance on the Promissory Note, $9,836.00 in unpaid freight charges, and $6,597.37 in reasonable attorney fees, for a total judgment amount of $43,422.14. It is

    FURTHER ORDERED that this case is dismissed as to defendant Greg Hause individually.

    DATED: April 7th, 2008

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge